

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2019

No. 04-19-00377-CR & 04-19-00378-CR

Joshua **PIEPER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2080, 2018CR2081
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's brief was originally due November 4, 2019. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to December 4, 2019. On December 9, 2019, appellant filed a motion requesting an additional extension of time to file the brief until January 3, 2020, for a total extension of 60 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by or before January 3, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court